# WORD COUNT CERTIFICATE OF COMPLIANCE

I, PAUL MEWIS, the undersigned attorney for Appellant Allison Leigh Campbell, in Appellate Cause No. 01-14-00807-CR, certify that Appellant's Brief contains 9,597 words. This Brief is a computer-generated document created in Microsoft Word 2010, using Courier New 14 point font. I am relying on the word count provided by the software used to prepare the document.

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 12:28:07 PM
CHRISTOPHER A. PRINE
Clerk

/s/ Paul Mewis

PAUL MEWIS

**NO.** <u>1008123</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE COUNTY CRIMINAL |
| | * | |
| VS. | * | COURT AT LAW NO. 10 OF |
| | * | |
| DAVID ALLEN ROBERTS | * | HARRIS COUNTY, T E X A S |

**ORDER ON MOTION FOR RETURN OF SEIZED WEAPON,
PURSUANT TO ARTICLE 18.19 OF THE TEXAS CODE OF CRIMINAL PROCEDURE**

On this day came on to be considered the Motion for Return of Seized Weapon, Pursuant to Article 18.19 of the Texas Code of Criminal Procedure filed by undersigned attorney in the above styled and numbered cause for Defendant herein. The Court, after hearing the arguments of counsel herein and the facts enumerated in said motion, is of the opinion that said motion should be GRANTED.  It is therefore

ORDERED, ADJUDGED and DECREED that the property seized in Cause No. 1008123, filed in Harris County Criminal Court at Law No. 10, namely, the pistol, Model "EAA-WITNESS", serial no. EA00917, currently in the possession of the Harris County Sheriff's Department, be returned to the Defendant, DAVID ALLEN ROBERTS, Date of Birth: 12-30-74, Texas Driver's License No. _____.

SIGNED and ENTERED this the _____ day of _____, 2000.


_____
**PRESIDING JUDGE**

## NO. 1008123

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE COUNTY CRIMINAL |
| | * | |
| VS. | * | COURT AT LAW NO. 10 OF |
| | * | |
| DAVID ALLEN ROBERTS | * | HARRIS COUNTY, T E X A S |

### ORDER ON MOTION FOR RETURN OF SEIZED WEAPON, PURSUANT TO ARTICLE 18.19 OF THE TEXAS CODE OF CRIMINAL PROCEDURE

On this day came on to be considered the Motion for Return of Seized Weapon, Pursuant to Article 18.19 of the Texas Code of Criminal Procedure filed by undersigned attorney in the above styled and numbered cause for Defendant herein. The Court, after hearing the arguments of counsel herein and the facts enumerated in said motion, is of the opinion that said motion should be DENIED.

SIGNED and ENTERED this the _____ day of _____, 2000.

_____
**PRESIDING JUDGE**